**Order filed April 1, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00229-CV
_____

### AGAR CORPORATION, INC., Appellant

### V.

### ELECTRO CIRCUITS INTERNATIONAL, LLC AND SURESH PARIKH,
### Appellees

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2008-20480**

---

## ORDER

According to the notice of appeal filed March 17, 2014, appellant is appealing an interlocutory summary judgment order signed December 20, 2013. Appellant asserts in its notice that the interlocutory order was made final and appealable by an order of severance signed March 17, 2014. The clerk's record was filed March 28, 2014, and it does not contain an order of severance. Accordingly, we issue the following order:

Appellant is ordered to file a supplemental clerk's record containing the order of severance with the clerk of this court on or before **April 25, 2014.** If the record is not supplemented to demonstrate our jurisdiction as ordered herein, the court will consider dismissing the appeal.

PER CURIAM